UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHARLES GEORGE HARLAN and | * | |
| SUZANNE DANNA HARLAN | * | |
|       Plaintiffs | * | ADVERSARY |
| | * | PROCEEDING |
| v. | * | NO.  13-01033 |
| | * | |
| TERRI MARIE ROBINSON, RC PROPERTY | * | HONORABLE JUDGE |
| INVESTMENTS, LLC, and MICHELLE | * | JERRY A. BROWN |
| ROBINSON, as TRUSTEE for the BRADEN | * | SECTION "B" |
| AND MICHELLE ROBINSON CHILDREN'S | * | |
| TRUST | * | |
|       Defendants | * | |

_____

| | | |
|---|---|---|
| LEAD CASE: | * | CASE NO. 12-12569 |
| | * | |
| IN RE: | * | SECTION "B" |
| | * | |
| BRADEN PAUL ROBINSON and | * | CHAPTER 7 |
| MICHELLE THIBODAUX ROBINSON | * | |
|       Debtors | * | |

# **ORDER**

    BEFORE THE COURT for a hearing on July 10, 2013 in regards to the Adversary Proceeding captioned above were the following three (3) motions filed by Adversary Proceeding Defendants, Terri Marie Robinson, RC Property Investments, LLC, and Michelle Robinson, as Trustee for the Braden and Michelle Robinson Children's Trust:

1) Motion to Dismiss Plaintiffs' Claims for Lack of Subject Matter Jurisdiction pursuant to Rule 12(b)(1);

2) Motion to Dismiss Plaintiffs' Claims for Failure to State a Claim Upon Which Relief Can Be Granted pursuant to Rule 12(b)(6); and

3) Motion for Summary Judgment based upon Prescription.

    CONSIDERING the pleadings, evidence submitted and arguments of counsel, and for the reasons given in open court;

IT IS HEREBY ORDERED that Adversary Defendants' Motion to Dismiss Plaintiffs' Claims for Lack of Subject Matter Jurisdiction pursuant to Rule 12(b)(1) is GRANTED, and as such, the Adversary Complaint filed by Charles George Harlan and Suzanne Danna Harlan on April 15, 2013 in the above captioned Adversary Proceeding No. 13-01033 is dismissed for lack of subject matter jurisdiction in this Bankruptcy Court;

IT IS FURTHER ORDERED that Adversary Defendants' Motion to Dismiss Plaintiffs' Claims for Failure to State a Claim Upon Which Relief Can Be Granted pursuant to Rule 12(b)(6) and Motion for Summary Judgment based upon Prescription are both dismissed as moot.

New Orleans, Louisiana, July 11, 2013.

*J. A. Brown*
_____
Jerry A. Brown
U.S. Bankruptcy Judge